**Order entered June 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01665-CR
### No. 05-13-01666-CR

**EDUARDO SALINAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-63779-K, F12-63780-K**

## ORDER

The Court **GRANTS** court reporter Janice E. Garrett's June 24, 2014 motion for extension of time to file the reporter's records.

The reporter's records received on June 24, 2014 are deemed timely filed.

      /s/     DAVID EVANS
                JUSTICE